**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

**PHILLIP KELLEY**                                                                                              **PLAINTIFF**

**VS.**                                       **CASE NO. 2:08CV00152 JMM**

**LEON PARKER, et al**                                                                                 **DEFENDANT**S

**ORDER**

The plaintiff's unopposed motion to dismiss separate defendant Jackie Speers without prejudice (docket entry no. 13) is granted.

IT IS SO ORDERED this   1    day of April, 2009.

_____
UNITED STATES DISTRICT JUDGE