IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

PHILLIP KELLEY                                                                           PLAINTIFF

v.                           Case No. 2:08-cv-152-DPM

LEON PARKER, Individually and in
his official capacity as Deputy Sheriff
for Phillips County                                                                      DEFENDANT

## JUDGMENT

Pursuant to the Defendant's amended offer of judgment, *Document No. 49-1*, and Plaintiff's amended acceptance of it, *Document No. 49*, all the terms of which the Court concludes are fair and reasonable, the Court enters judgment for Phillip Kelley and against Leon Parker for $34,062.75. Of that amount, $25,000.00 is payable to Kelley and $9,062.75 is payable to Kelley's counsel, Robert A. Newcomb, for attorney's fees and expenses. Costs are included in these amounts. This judgment shall bear interest at the maximum amount allowed by law, 28 U.S.C.A. § 1961(a)-(b) (West 2006), until paid.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

7 Jan. 2011